UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALFONSO MARTINEZ GONZALEZ (1),<br>VICTOR JAVIER OZUNA ALVAREZ (2)<br>JOSE ANGEL GONZALES RENTERIA (3),<br>JUAN ANGEL MENDOZA GOMEZ (4),<br>EMILIO ANCHUNDIA BAILON (5),<br>　　　　　　　　　　Defendants. | Case No.: 24-cr-0482-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On December 10, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for December 13, 2024 to February 7, 2025. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 70] and sets the Motion Hearing/Trial Setting on February 7, 2025 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//

Further, on April 11, 2024, Defendant Victor Javier Ozuna Alvarez filed a pretrial motion that remains pending. Accordingly, the Court finds that time from April 11, 2024 to February 7, 2025 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is also excluded as to the Co-Defendants. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 12/10/2024

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE