UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO MARTINEZ GONZALEZ (1),<br>VICTOR JAVIER OZUNA ALVAREZ (2)<br>JOSE ANGEL GONZALES RENTERIA (3),<br>JUAN ANGEL MENDOZA GOMEZ (4),<br>EMILIO ANCHUNDIA BAILON (5),<br><br>Defendants. | Case No.: 24-cr-0482-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On April 1, 2025, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for April 4, 2025 to May 30, 2025. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 82] and sets the Motion Hearing/Trial Setting on May 30, 2025 at 1:30 p.m.

For the reasons set forth in the joint motion as to Defendants Alfonso Martinez Gonzalez, Victor Javier Ozuna Alvarez, Juan Angel Mendoza Gomez and Emilio Anchundia Bailon, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Plea agreements as to the aforementioned defendants have been lodged before the Court, and a change of plea hearing will be set before the Magistrate Judge.

1  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C.
2  § 3161(h)(1)(G), (h)(7)(A).
3      For the reasons set forth in the joint motion as to Defendant Jose Angel Gonzales
4  Renteria, the Court finds that the ends of justice will be served by granting the requested
5  continuance, and these outweigh the interests of the public and the defendant in a speedy
6  trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18
7  U.S.C. § 3161(h)(7)(A).
8      Further, on April 11, 2024, Defendant Victor Javier Ozuna Alvarez filed a pretrial
9  motion that remains pending. Accordingly, the Court finds that time from April 11, 2024
10 to May 30, 2025 shall be excluded under the Speedy Trial Act on grounds that a pretrial
11 motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is also excluded as to the Co-
12 Defendants. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well
13 established that an exclusion from the Speedy Trial clock for one defendant applies to all
14 codefendants.").

15      IT IS SO ORDERED.
16 Dated: 4/3/25

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE